# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00221-CR

**Travis Jarella Foy, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 264TH DISTRICT COURT OF BELL COUNTY
## NO. 83273, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Travis Jarella Foy seeks to appeal a judgment of conviction for robbery. *See* Tex. Penal Code § 29.02. The trial court has certified that (1) this is a plea-bargain case and Foy has no right of appeal, and (2) Foy has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Chari L. Kelly, Justice

Before Justices Baker, Kelly, and Smith

Dismissed for Want of Jurisdiction

Filed: June 16, 2023

Do Not Publish